# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **In the Matter of**: | * | |
| | * | |
| CHRISTOPHER HEATH SEARS, | * | CASE NO.: 21-80631 |
| xxx-xx-4701 | * | |
| | * | |
| TANYA LYNN SEARS, | * | Chapter 7 |
| xxx-xx-8658 | * | |
| | * | |
| **Debtor(s)** | * | |
| | * | |

## DEBTOR(S) MOTION TO REOPEN CASE

Now come the Debtor(s) by and through their attorney of record and hereby request that the above-captioned case be reopened pursuant to 11 U.S.C. § 350(b) to accord relief to the Debtors and in support thereof avers as follows:

1. The Debtors filed bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on April 6, 2021, and Debtor's case was discharged on July 9, 2021.

2. Certain creditor(s) have violated the Order of Discharge entered in Debtors' case and Debtors request their case be reopened in order to file an adversary proceeding against said creditors.

3. That the interests of justice would be served by reopening Debtor's case to accord Debtor the relief originally sought.

WHEREFORE, Debtors request that their case be reopened to allow Debtors to file the adversary proceedings and for such other and further relief as this Court deems just and proper.

/s/Richard L. Collins
Richard L. Collins  ASB-8742-C66R
Attorney for Debtors
P.O. Box 669
Cullman, AL 35056
(256) 739-1962
Richard@rlcollins.com

## CERTIFICATE OF SERVICE

   This is to certify that on the 20th day of September 2021 a copy of this pleading was served by placing a copy of the same in the U. S. Mail with postage prepaid and correctly addressed to the following:

**Attached Mailing Matrix**

                /s/ Richard L. Collins
                Richard L. Collins
                Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 21-80631-CRJ7<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Mon Sep 20 16:43:07 CDT 2021 | Ally Bank<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | 1st Franklin<br>P O Box 1063<br>Cullman, AL 35056-1063 |
| Ally Financial<br>Attn: Bankruptcy<br>P. O. Box 380901<br>Bloomington, MN 55438-0901 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>P. O. Box 8801<br>Wilmington, DE 19899-8801 | Big Picture Loans<br>Customer Support<br>P.O. Box 704<br>Watersmeet, MI 49969-0704 |
| Bright Lending<br>P. O. Box 578<br>Hays, MT 59527-0578 | Capital One Bank<br>Post Office Box 85147<br>Richmond, VA 23276-0001 | Capital One Bank (USA), NA<br>1804 Washington Blvd, Dept 500<br>Washington, DC 20230-0001 |
| Cashnet USA Online<br>P O Box 206739<br>Dallas, TX 75320-6739 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dillards Card Services<br>Wells Fargo Bank<br>Po Box 10347<br>Des Moines, IA 50306-0347 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)JORA CREDIT<br>7701 LAS COLINAS RIDGE SUITE #650<br>IRVING TX 75063-8114 |
| LVNV Funding<br>Resurgent Capital<br>Po Box 10497<br>Greenville, SC 29603-0497 | Lending Club<br>Attn: Bankruptcy<br>595 Market St, Ste 200<br>San Francisco, CA 94105-2807 | Mariner Finance<br>11220 Memorial Pkwy SW<br>Ste T<br>Huntsville, AL 35803-2184 |
| Mariner Finance, LLC.<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Midland Funding, LLC.<br>P. O. Box 2001<br>Warren, MI 48090-2001 | MoneyKey-AL Inc<br>1000 N West Street<br>Suite 1200<br>Wilmington, DE 19801-1058 |
| Nathan and Nathan<br>Attorneys at Law<br>P O Box 1715<br>Birmingham, AL 35201-1715 | NetCredit Financial Solutions<br>175 West Jackson Boulevard<br>Suite 1000<br>Chicago, IL 60604-2863 | Opportunity Financial, LLC.<br>130 E Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 |
| Plain Green Loans<br>Attn: Bankruptcy<br>1900 Frost Rd   Ste 100<br>Bristol, PA 19007-1519 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regional Finance Corp of Cullman<br>1710 2nd Avenue SW<br>Suite 5<br>Cullman, AL 35055-5337 |

| | | |
|---|---|---|
| Regions Bank<br>720 North 39th Street<br>Birmingham, AL 35222-1112 | Rise Credit<br>P. O. Box 101808<br>Fort Worth, TX 76185-1808 | Southern Specialty Finance, Inc<br>7755 Montgomery Road 400<br>Cincinnati, OH 45236-4197 |
| SunUp Financial, LLC<br>33 N La Salle St Ste 800<br>Chicago, IL 60602-3420 | Synchrony Bank<br>Belk<br>P. O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Care Credit<br>P. O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>Sams Club<br>P. O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Walmart<br>P. O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Viking Collection Service<br>P. O. Box 59207<br>Minneapolis, MN 55459-0207 | Wells Fargo Bank, N. A.<br>MAC F8235-040<br>P. O. Box 5129<br>Sioux Falls, SD 57117-5129 | Wells Fargo Bank, NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 |
| Christopher Heath Sears<br>251 Tiffani Drive<br>Cullman, AL 35058-1297 | Richard L Collins<br>Richard L. Collins - Attorney at Law<br>P O Box 669<br>Cullman, AL 35056-0669 | Tanya Lynn Sears<br>251 Tiffani Drive<br>Cullman, AL 35058-1297 |
| Tazewell Shepard<br>Tazewell Shepard, Trustee<br>PO Box 19045<br>Huntsville, AL 35804-9045 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>Webbank<br>P. O. Box 80409<br>Austin, TX 78708-0409 | Discover Bank<br>Post Office Box 8003<br>Hilliard, OH 43206 | (d)Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 |
| Jefferson Capital System, LLC<br>P. O. Box 7999<br>Saint Cloud, MN 56302-9617 | Jora Credit of Alabama<br>7701 Las Colinas Ridge Suite #650<br>Irving, TX 75063 | Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 |
| (d)Portfolio Recovery Associates, LLC.<br>P. O. Box 12914<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Viking Collection Service<br>Post Office Box 59207<br>Minneapolis, MN 55459-0207 | End of Label Matrix<br>Mailable recipients   45<br>Bypassed recipients   2<br>Total   47 |